Dale Maisano 077877
Arizona State Prison Tucson Winchester
P.O. Box 24401
Tucson, Arizona 85734

RECEIVED
IN CLERK'S OFFICE
OCT 31 2013
U.S. DISTRICT COURT
MID. DIST. TENN.

In The United States District Court
For The Middle District of Tennessee

Dale Maisano,
    Plaintiff,
v.
Corizon Health Inc,
    Defendant

3:13-mc-117

Jury Trial Demanded x 16
42 U.S.C. §§1997(e), 1985, Under Civil Rights Act of 1871 As Pvt Parties & RICO and Medical Malpractice

Corizon Health Inc is Fully aware The Food Im Given Daily is Making Me Quite Ill Pure Torture as in Wal-Mart V. Duke, 131 S. Ct. 2541 (2011) They are Fully aware Im Claiming Medical Malpractice & RICO Daily

Relief Requested

1. Stop The Torture and Give Me Food That will not Make Me Ill x 3 x Per Day x 365 Days Per Year.
2. From This Defendant Under The RICO Act Violation Ten Trillion Dollars U.S. Under The Civil Rights Act of 1871 As a Pvt Parties One Trillion Dollars U.S. Not a Joke
3. Do to The Fact Im entitled to 10,000 Pending Copies, but The DOC has No paper No Service Copies are given, But are requested for all as Needed Both Defendant & Plaintiff, As Well as Copies of Any Caselaw used VIA Court or Defendant

Submitted by Dale Maisano 11 Oct 2013

Dale Maisano 07787
Arizona State Prison Tucson Winchester
P.O. Box 24401
Tucson, Arizona 85734

Legal Mail



Clerk of The Court
800 U.S. Courthouse
Nashville, Tenn 37203

RECEIVED
IN CLERK'S OFFICE
OCT 31 2013
U.S. DISTRICT COURT
MID. DIST. TENN.

016H2651349T
Mailed From 85577
10/22/2013
$00.460
US POSTAGE
Hasler